IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KINO AGGREGATES, INC., et al.,<br><br>Defendants. | Case No. 21-cv-06766-MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' APPLICATION FOR ORDER ALLOWING SUBSTITUTED SERVICE OF SUMMONS AND COMPLAINT** |

Before the Court is plaintiffs' "Ex Parte Application for an Order Allowing Substitute Service of Summons and Complaint on Defendants," filed May 6, 2022. Having read and considered the moving papers, the Court rules as follows:

1. To the extent plaintiffs seek an extension of ninety days from today's date to serve defendants Deborah Lynn Plant and D.L. Plant Enterprises, the application is hereby GRANTED in part.[1] Specifically, the deadline to serve said defendants is hereby extended to July 25, 2022, plaintiffs having failed to show an extension of greater length is warranted.

2. To the extent plaintiffs seek an extension of ninety days from today's date to serve defendant Eleanor Dorothy Plant by publication in the Appeal-Democrat (see Shuldiner Ex. T), the application is hereby GRANTED in part. Specifically, said publication shall be "made as provided by Section 6064 of the Government Code," see Cal. Code Civ. Proc. § 415.50(b), and completed no later than July 25, 2022, plaintiffs

---

[1]Plaintiffs do not seek an order allowing substituted service as to those two defendants.

having failed to show an extension of greater length is warranted.  Additionally, plaintiffs are DIRECTED to mail to Eleanor Dorothy Plant a copy of the summons, complaint, and this order, see Cal. Code. Civ. Proc. § 415.50(b), and to do so no later than June 10, 2022.

3. To the extent plaintiffs seek an extension of ninety days from today's date to serve defendants Trinco, Inc., Oakridge Village, LLC, and CV Estates Inc. by substituted service on the Secretary of State, the application is hereby GRANTED in part. Specifically, delivery of a copy of the summons and complaint to the Secretary of State, together with a copy of this order, see Cal. Corp. Code §§ 1702(a), 15901.16(c)(1), shall be accomplished no later than July 25, 2022, plaintiffs having failed to show an extension of greater length is warranted.

4. To the extent plaintiffs seek an extension of ninety days from today's date to serve defendants Kino Aggregates, Inc. and Rhino Trucking by substituted service on the Secretary of State, the application is hereby DENIED, plaintiffs having failed to show they cannot, in the exercise of reasonable diligence, deliver a copy of the summons and complaint to the Secretary of said corporations, Deborah Lynn Plant.  (See Shuldiner Decl. Exs. A, B); Cal. Code Civ. Proc. § 416.10 (providing corporation may be served by delivering copy of summons and complaint to corporation's secretary); Cal. Corp. Code § 1702(a) (providing party seeking leave to serve corporation by substituted service on Secretary of State must show it cannot, in exercise of reasonable diligence, serve corporation in manner set forth in § 416.10).  The deadline to complete service on said defendants, however, is extended to July 25, 2022.

5. To the extent plaintiffs seek an extension of ninety days from today's date to serve defendant Noble Land Company, Inc. by substituted service on the Secretary of State, the application is hereby DENIED, plaintiffs having failed to show they cannot, in the exercise of reasonable diligence, deliver a copy of the summons and complaint to said corporation's designated agent for service of process, Michael R. Barrette.  (See Shuldiner Decl. Ex. E); Cal. Code Civ. Proc. § 416.10(a) (providing corporation may be

served by delivering copy of summons and complaint to person designated as agent for service of process); Cal. Corp. Code § 1702(a) (providing party seeking leave to serve corporation by substituted service on Secretary of State must show it cannot, in exercise of reasonable diligence, serve designated agent).  The deadline to complete service on said defendant, however, is extended to July 25, 2022.

6. To the extent plaintiffs seek an extension of ninety days from today's date to serve defendant NIC Development Partners by substituted service on the Secretary of State, the application is hereby DENIED, plaintiffs having failed to show they cannot, in the exercise of reasonable diligence, deliver a copy of the summons and complaint to said limited partnership's designated agent for service of process, David J. Lonich.  (See Shuldiner Decl. Ex. G); Cal. Code Civ. Proc. § 416.40(a) (providing limited partnership may be served by delivering copy of summons and complaint to person designated as agent for service of process); Cal. Corp. Code § 15901.16(c) (providing party seeking leave to serve limited partnership by substituted service on Secretary of State must show it cannot, in exercise of reasonable diligence, serve designated agent).  The deadline to complete service on said defendant, however, is extended to July 25, 2022.

**IT IS SO ORDERED.**

Dated: May 24, 2022

MAXINE M. CHESNEY
United States District Judge