1  TINO X. DO, ESQ. (SBN 221346)
   ALLAN D. SHULDINER, ESQ. (SBN 252259)
2  SALTZMAN & JOHNSON LAW CORPORATION
   1141 HARBOR BAY PARKWAY, SUITE 100
3  ALAMEDA, CA 94502
   T. 510.906.4710
4  Email: tdo@sjlawcorp.com
          ashuldiner@sjlawcorp.com
5
   Attorneys for Plaintiffs PENSION PLAN FOR
6  PENSION TRUST FUND FOR OPERATING
   ENGINEERS, et al.
7

8  RONALD W. BROWN, ESQ. (SBN 107340)
   rbrown@cookbrown.com
9  BARBARA A. COTTER, ESQ. (SBN 142590)
   bcotter@cookbrown.com
10 COOK BROWN, LLP
   2407 J STREET, SECOND FLOOR
11 SACRAMENTO, CALIFORNIA 95816
   T. 916-442-3100 | F. 916-442-4227
12
   KIRK E. GIBERSON, ESQ. (SBN 125155)
13 kgiberson@hsmlaw.com
   HEFNER, STARK & MAROIS, LLP
14 2150 RIVER PLAZA DRIVE, SUITE 450
   SACRAMENTO, CA  95833-4139
15 T. 916-925-6620 | F. 916-925-1127

16 Attorneys for Defendant ELEANOR DOROTHY
   PLANT
17

**FILED**

Jul 12 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

18            UNITED STATES DISTRICT COURT

19            NORTHERN DISTRICT OF CALIFORNIA

20

21 PENSION PLAN FOR PENSION         Case No.  3:21-cv-06766-MMC  (TSH)
   TRUST FUND FOR OPERATING
22 ENGINEERS, et al.,                **STIPULATION AND [PROPOSED]**
                                     **ORDER TO CONTINUE SETTLEMENT**
23             Plaintiffs,           **CONFERENCE**

24       v.                          FAC filed:            January 11, 2022
                                     Settlement Conference: July 17, 2023
25 KINO AGGREGATES, INC., a forfeited Trial:                June 24, 2024
   Nevada Corporation, et al.,
26
              Defendants.
27

28

---

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE**
Case No.  3:21-cv-06766-MMC (TSH)

Plaintiffs TRUST FUND FOR OPERATING ENGINEERS; JAMES E. MURRAY and DAN REDING, as trustee ("Plaintiffs") and Defendant ELEANOR DOROTHY PLANT (hereinafter the "parties") hereby stipulate to continue the July 17, 2023 Settlement Conference in light of Ms. Plant's lack of availability due to an unexpected health condition.

The parties have met and conferred and agreed to any of the following dates for the conference: November 6, 13, or 14.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: July 11, 2023           SALTZMAN & JOHNSON LAW
                               CORPORATION
                               ALLAN D. SCHULDINER, ESQ.
                               TINO X. DO, ESQ.

                               By: /s/ Tino X. Do
                               Attorneys for Plaintiffs
                               PENSION PLAN FOR PENSION TRUST
                               FUND FOR OPERATING ENGINEERS,
                               et al.

DATED: July 11, 2023           COOK BROWN, LLP
                               RONALD W. BROWN, ESQ.
                               BARBARA A. COTTER, ESQ.

                               By: /s/ Barbara A. Cotter
                               Attorneys for Defendant
                               ELEANOR DOROTHY PLANT

*USDC Northern District Civil Local Rule 5.1*
***I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.***

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**
The Settlement Conference is continued to November 6, 2023 at 10:00 a.m. by Zoom.

DATED: JULY 12, 2023

UNITED STATES DISTRICT JUDGE
MAGISTRATE THOMAS S. HIXSON

- 1 -
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE**
Case No. 3:21-cv-06766-MMC (TSH)