IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KINO AGGREGATES, INC., et al.,<br><br>Defendants. | Case No. 21-cv-06766-MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART WITHOUT PREJUDICE PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT; VACATING HEARING** |

Before the Court is plaintiffs' "Motion for Default Judgment as to Defendant Kino Aggregates, Inc.," filed January 31, 2024.  Defendant Kino Aggregates, Inc. ("Kino Aggregates") has not filed a response thereto.  Having read and considered the moving papers, the Court deems the matter appropriate for determination thereon, VACATES the hearing scheduled for March 8, 2024, and rules as follows.

1. To the extent plaintiffs seek monetary relief, the Motion is hereby GRANTED. Specifically, plaintiffs shall have judgment in their favor and against Kino Aggregates in the total amount of $1,846,422.04, comprising $1,190,288.72 in assessed withdrawal liability, $328,066.66 in liquidated damages, and $328,066.66 in prejudgment interest.

2. To the extent plaintiffs seek injunctive relief, the Motion is hereby GRANTED. Specifically, Kino Aggregates is ordered to provide to plaintiffs the following information, for the period of time from March 23, 2018, to March 23, 2021:  each shareholder of Kino Aggregates identified in its stock certificates or stock registries; all fictitious business names used by Kino Aggregates; the addresses for all locations where Kino Aggregates conducted business; all other trades and/or businesses in which any owner of Kino Aggregates held an interest; lease agreements for Kino Aggregates; loan agreements

between Kino Aggregates and any of its shareholders; financial statements for Kino Aggregates; the sale or transference of any assets valued in excess of $20,000; and the identify of all persons or entities that provided professional services to Kino Aggregates, such as accountancy, tax, and legal services.

3. To the extent plaintiffs seek an award of attorney's fees in the total amount of $113,848.25 and costs in the total amount of $24,069.28, the Motion is hereby DENIED without prejudice. The sums sought correspond to the time expended and costs incurred to pursue plaintiffs' claims against each of the ten defendants named in the above-titled action. Although the Court has discretion to award fees and costs to a "prevailing plaintiff," see 29 U.S.C. § 1451(e), plaintiffs did not prevail on their claims against nine of the ten named defendants in the instant case,[1] and the Court does not find it appropriate to award plaintiffs fees corresponding to the time expended and the costs incurred to pursue those unsuccessful claims. Plaintiffs may file, however, "no later than 14 days after the entry of judgment," see Fed. R. Civ, P. 54(d)(2)(B), a motion seeking only the fees and costs corresponding to their claims against Kino Aggregates.

**IT IS SO ORDERED.**

Dated: March 4, 2024

MAXINE M. CHESNEY
United States District Judge

---

[1] One defendant obtained judgment in her favor, and plaintiffs voluntarily dismissed their claims against eight other defendants, leaving Kino Aggregates as the sole remaining defendant.